# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138602(25)

CATHERINE WILCOX, individually, and as
Next Friend of ISAAC WILCOX, a minor,
        Plaintiffs-Appellants,
and

SUNRISE HOME HEALTH SERVICES, INC.,
        Intervening Plaintiff,

                           SC: 138602
v                            COA: 290515
                           Kent CC: 08-010129-NF
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Defendant-Appellee.
_____

      On order of the Chief Justice, the motion by John A. Braden for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

                                      Clerk